HARRY F. WINSLOW and Another, etc., Respondents, v. THOMAS A. TUNNEY and Another, as Trustees under a Certain Voting Trust Agreement Dated April 27, 1934, etc., Appellants, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.